**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Steven Spagnoli, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2016-000961
Lower Court Case No. 2013-CP-46-01662

———————————

Appeal From York County
The Honorable John C. Hayes, III, Trial Judge
The Honorable Daniel Dewitt Hall, Post-Conviction
Relief Judge

———————————

Memorandum Opinion No. 2018-MO-014
Submitted March 7, 2018 – Filed April 4, 2018

———————————

**DISMISSED**

———————————

Appellate Defender Lara Mary Caudy, of Columbia, for
Petitioner.

Attorney General Alan McCrory Wilson and Assistant
Attorney General Justin James Hunter, both of Columbia,
for Respondent.

———————————

**PER CURIAM:**   Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief (PCR).

Because there is sufficient evidence to support the PCR judge's finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari and proceed with a review of the direct appeal issue pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).

We dismiss this matter pursuant to Rule 220(b)(1), SCACR, after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**DISMISSED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**